UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minor C,

      Petitioner,

v.

Kristi Noem, Secretary of the U.S.
Department of Homeland Security;
Samuel Olson, Director of St. Paul Field
Office, U.S. Immigration and Customs
Enforcement; and Pamela Bondi,
Attorney General of the United States, in
their official capacities,

      Respondents.

Civ. No. 26-911 (PAM/SGE)

**ORDER**

      Petitioner Minor C., a citizen of Guatemala, was detained by Immigration and Customs Enforcement on January 30, 2026, and is now being detained at the ERO El Paso Camp East Montana in Texas. (See Pet at 1 (Docket No. 1).) He brings this habeas action seeking release or, in the alternative, a bond hearing. (See id. at 6.)

      "[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004). "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where immigration authorities have not disclosed where the petitioner is being detained or by whom, and circumstances have prevented or precluded contact with counsel." Adriana M.Y.M. v. Easterwood, Civ. No. 26-213, 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026)

(Blackwell, J.). This exception does not apply here, as it is clear that Petitioner was detained in Texas at the time he filed this petition. (See Pet. at 1.) Accordingly, the Court lacks jurisdiction over his petition and will transfer it to the United States District Court for the District of Western District of Texas, where Petitioner is currently detained. See 28 U.S.C. § 1406(a); 28 U.S.C. § 1631.

    Accordingly, **IT IS HEREBY ORDERED that** this matter is **TRANSFERRED** to the United States District Court for the Western District of Texas.

Dated: January 31, 2026
        *s/ Paul A. Magnuson*
        Paul A. Magnuson
        United States District Court Judge